**William E. MURRAY, Petitioner,**

v.

**DEPARTMENT OF COMMERCE, Respondent.**

No. 2008–3115.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Mark F. LONGAZEL, Plaintiff–Appellant,**

v.

**FORT DEARBORN LIFE INSURANCE COMPANY and Disability Reinsurance Management Services, Inc., Defendants–Appellees.**

No. 2008–1586.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2008.

Mark F. Longazel, Euclid, OH, pro se.

Jonathan N. Halpern, Bracewell & Giuliani, LLP, New York, NY, for Defendants–Appellees.

### *ORDER*

Pursuant to this court's order filed October 20, 2008

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Sixth Circuit.